Live Database Area
Case 11-11483-mdc    Doc 29    Filed 03/17/11    Entered 03/17/11 11:27:51    Desc    Page 1 of 5
Certified Copy of Docket Report    Page 1 of 5

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 11-11483-mdc

*Date filed:* 02/28/2011

*Assigned to:* Judge Magdeline D. Coleman
Chapter 13
Voluntary
Asset

**Debtor**
**Angela W. Walden**
445 Ridge Pike
Lafayette Hill, PA 19444
SSN / ITIN: xxx-xx-5991

represented by **VINCENT L. JOHNSON**
Vincent L. Johnson Esq. P.C.
6800 Stenton Avenue
Philadelphia, PA 19150
(215) 849-7190
Email: lemuel@prodigy.net

**Trustee**
**WILLIAM C. MILLER**
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106
215 627-1377

A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 3-17-2011
ATTEST: *Antoinette Stevenson*
Deputy Clerk
U.S. Bankruptcy Court

**U.S. Trustee**
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| | | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs. Fee Due $ 274.00 filed by VINCENT L. JOHNSON on behalf of Angela W Walden. Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 3/7/2011. Atty Disclosure Statement due 3/14/2011. Chapter 13 Plan due by 3/14/2011. Schedule A due 3/14/2011. Schedule B due 3/14/2011. Schedule C due 3/14/2011. Schedule G due 3/14/2011. Schedule H due 3/14/2011. Schedule I due 3/14/2011. Schedule J due 3/14/2011. Statement of Financial Affairs due 3/14/2011. Summary of schedules due 3/14/2011. Statistical Summary of Certain Liabilities due 3/14/2011. Statement of Current Monthly Income due 3/14/2011. |

| 02/28/2011 | ☉ 1 | Government Proof of Claim Deadline: 8/27/2011. (JOHNSON, VINCENT) Additional attachment(s) added on 3/2/2011 (S., Antoinette). ***See Corrective Entry dated 3/2/2011.***Modified on 3/2/2011 (S., Antoinette). (Entered: 02/28/2011) |
|---|---|---|
| 02/28/2011 | | Receipt of Chapter 13 Voluntary Petition case upload(11-11483) [caseupld,1305u] ( 274.00) Filing Fee. Receipt number 10239359. Fee Amount $ 274.00. (U.S. Treasury) (Entered: 02/28/2011) |
| 02/28/2011 | ☉ 2 | Statement of Social Security Number Received by VINCENT L. JOHNSON on behalf of Angela W Walden . (S., Antoinette) (Entered: 03/02/2011) |
| 02/28/2011 | ☉ 3 | Exhibit D - Certificate of Credit Counseling not filed . Filed by VINCENT L. JOHNSON on behalf of Angela W Walden . (S., Antoinette) (Entered: 03/02/2011) |
| 02/28/2011 | ☉ 4 | Matrix Filed. Number of pages filed: 1, Filed by VINCENT L. JOHNSON on behalf of Angela W Walden . (S., Antoinette) (Entered: 03/02/2011) |
| 03/01/2011 | ☉ | WILLIAM C. MILLER added to case. (R., Yvette) (Entered: 03/01/2011) |
| 03/02/2011 | ☉ | Corrective Entry re: Removed Statement of Social Security B21 from first entry. Set deadlines for missing documents and added to first entry. (related document(s) 1 ). (S., Antoinette) (Entered: 03/02/2011) |
| | | Order Entered that unless the following missing documents are filed: Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 3/7/2011. Atty Disclosure Statement due 3/14/2011. Chapter 13 Plan due by 3/14/2011. Schedule A due 3/14/2011. Schedule B due 3/14/2011. Schedule C due 3/14/2011. Schedule G due 3/14/2011. Schedule H due 3/14/2011. Schedule I due 3/14/2011. Schedule J due 3/14/2011. Statement of Financial Affairs due 3/14/2011. Summary of schedules due 3/14/2011. Statistical Summary of Certain Liabilities due 3/14/2011. Statement of Current Monthly Income due 3/14/2011.; It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007.2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within seven days of filing of the petition or else this case may be dismissed without additional notice or hearing after that date. It is further ORDERED that all other missing documents are |

| | | |
|---|---|---|
| 03/02/2011 | ● 5 | due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 14 days after petition date. (S., Antoinette) (Entered: 03/02/2011) |
| 03/04/2011 | ● 6 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 5 )). No. of Notices: 1. Service Date 03/04/2011. (Admin.) (Entered: 03/05/2011) |
| 03/08/2011 | ● 7 | Notice of Appearance and Request for Notice by MICHAEL W. GALLAGHER Filed by MICHAEL W. GALLAGHER on behalf of Raymond Garrison. (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 03/08/2011) |
| 03/10/2011 | ● 8 | Exhibit D - Debtor has received counseling and has attached required documents. Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/10/2011) |
| 03/10/2011 | ● 9 | Amended Voluntary Petition Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/10/2011) |
| 03/14/2011 | ● 10 | Motion For Sanctions Filed by Raymond Garrison Represented by MICHAEL W. GALLAGHER (Counsel). (Attachments: # 1 Proposed Order # 2 Service List # 3 Exhibit # 4 Exhibit # 5 Exhibit) (GALLAGHER, MICHAEL) (Entered: 03/14/2011) |
| 03/14/2011 | ● 11 | Notice of (related document(s): 10 motion Motion For Sanctions ) Filed by Raymond Garrison. Hearing scheduled 4/13/2011 at 10:00 AM at nix5 - Courtroom #5. (GALLAGHER, MICHAEL) (Entered: 03/14/2011) |
| 03/14/2011 | ● 12 | Amended Chapter 13 Voluntary Petition Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/14/2011) |
| 03/15/2011 | ● 13 | Schedule A Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ● 14 | Schedule B Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| | | |

| 03/15/2011 | ◑ 15 | Schedule C Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 16 | Schedule D - Creditors Holding Secured Claims, Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 17 | Schedule E - Creditors Holding Unsecured Priority Claims, Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 18 | Schedule F - Creditors Holding Unsecured Nonpriority Claims, Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 19 | Schedule G Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 20 | Schedule I Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 21 | Schedule J Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 22 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 23 | Disclosure of Compensation of Attorney for Debtor in the amount of 1000.00 Debtor Angela W. Walden Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ | Matrix Filed. Number of pages filed: 2, Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ◑ 24 | Summary of Schedules Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| | | Statement of Social Security Number Received. Filed by |

| 03/15/2011 | ⊙ 25 | VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ⊙ 26 | Statistical Summary of Certain Liabilities Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/15/2011 | ⊙ 27 | Chapter 13 Plan Filed by Angela W. Walden. (JOHNSON, VINCENT) (Entered: 03/15/2011) |
| 03/16/2011 | ⊙ | Corrective Entry re:The words ""Chapter 13 Statement Second"" was removed from docket text (related document(s) 12 ). (D., Gerard) (Entered: 03/16/2011) |
| 03/17/2011 | ⊙ 28 | Amended Document Filed by VINCENT L. JOHNSON on behalf of Angela W. Walden (related document(s) 12 ). (JOHNSON, VINCENT) (Entered: 03/17/2011) |
| 03/17/2011 | ⊙ 29 | Certified Copy of Docket Report along with Notice to be served upon the Debtor and the Landlord/Lessor (Raymond Garrison). (S., Antoinette) (Entered: 03/17/2011) |
| 03/17/2011 | ⊙ 30 | Received Rent Deposit Money Orders in the amount of $2000.00 from Vincent L. Johnson (Attorney) on behalf of Angela W. Walden to be transmitted to Raymond Garrison (Landlord). (related document(s) 29 ). (S., Antoinette) (Entered: 03/17/2011) |